430 A.2d 1158

**COMMONWEALTH of Pennsylvania,**

v.

**Gilberto Rodriguez TORRES, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 21, 1981.

Decided July 2, 1981.

John A. Goldstan, Reading, for appellant.

George C. Yatron, Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM.

Order affirmed.